**Helen May FESSENDEN, as Administratrix of the Estate of Reginald A. Fessenden, Appellant, v. RADIO CORPORATION OF AMERICA.**

No. 6850.

Circuit Court of Appeals, Third Circuit.
April 13, 1939.

Samuel E. Darby, Jr., of New York City, for appellant.

Jo. Baily Brown, of Pittsburgh, Pa., for appellee.

Before BIGGS, MARIS, and CLARK, Circuit Judges.

PER CURIAM.

The decree of the court below is affirmed upon the opinion reported in D. C., 22 F.Supp. 777.

■

**Sadie J. GOLDBERG v. Harvey A. FISCHER, Trustee of Benson Wineries, Inc.**

Circuit Court of Appeals, Sixth Circuit.
April 12, 1939.

Alfred A. May, of Detroit, Mich., for appellant.

Herbert M. Weil, of Detroit, Mich., for appellee.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

It appearing to the court that an appeal was allowed by this court on June 10, 1938, and that no steps have been taken to prosecute the appeal since that date, it is now ordered that the appeal be and the same is dismissed without docketing.

■

**A. H. HARGIS, Appellant, v. King SWOPE, Judge of the Fayette Circuit Court, et al., Appellees.**

No. 8178.

Circuit Court of Appeals, Sixth Circuit.
April 6, 1939.

A. H. Hargis, of Jackson, Ky., for appellant.

James Park, of Lexington, Ky., and Williams & Allen, of Jackson, Ky., for appellees.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

In this cause it is adjudged and decreed that the order appealed from be and the same is affirmed upon the grounds and for the reasons stated in the opinion of the District Court, 25 F.Supp. 166.

■

**Marion R. HARRISON, Appellant, v. Melissa Jane TAYLOR, by Next Friend, Rose Harwood Taylor, and Rose Harwood Taylor, Appellees.**

No. 7884.

Circuit Court of Appeals, Sixth Circuit.
May 6, 1939.

Charles L. Neely, of Memphis, Tenn., for appellant.

Sam P. Walker, of Memphis, Tenn., for appellees.

Before HICKS, HAMILTON, and ARANT, Circuit Judges.

PER CURIAM.

This cause was heard upon the transcript of the record, briefs and argument of counsel, and it appearing to the court that there was substantial evidence to support the findings of the District Court, and that there is no reversible error on the record, it is ordered and adjudged that the judgments appealed from be and the same are in all things affirmed.